IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

*BANKRUPTCY RULE 3011*

List of Unclaimed Funds, Claimants and Amounts

IN THE MATTER OF:                                    CHAPTER 13:

VELMA JOY ROBBINS                                    CASE NO.  12-02935-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **VELMA JOY ROBBINS** | 308 S. BIERDEMAN ROAD PEARL, MS 39208 | $3,615.95 |
|  |  |  |
|  |  |  |

DATED: August 10, 2018

Respectfully Submitted,

/s/ James L. Henley, Jr.
James L. Henley, Jr., MSB # 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS  39286
Ofc: (601) 981-9100
Fax: (601) 981-9888
jlhenley@jlhenleych13.net

CC:   **MARK IVEY BURTON, ESQ.**
        **1888 MAIN STREET**
        **SUITE C #313**
        **MADISON, MS 39110**